**SO ORDERED.**

**SIGNED this 17 day of February, 2016.**

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

| | |
|---|---|
| **JUDITH BOWMAN LEIJA VAZQUEZ,** | **CASE NO. 15-03799-5-DMW** |
| | **CHAPTER 13** |
| **DEBTOR** | |

**CONSENT ORDER RESOLVING CHAPTER 13 TRUSTEE'S**
**MOTION TO DISMISS**

**THIS CAUSE** comes before the Court on the Trustee's Motion to Dismiss, filed by the Chapter 13 Trustee in this case on December 9, 2015 (DE #19) and the debtor's response filed on December 21, 2015 (DE #20). The undersigned counsel and the Chapter 13 Trustee agree to resolve the matter scheduled according to the following terms:

**NOW THEREFORE, IT IS ORDERED** as follows:

1. that the debtor is to remit a specific payment of $6,500.00 to be received in hand by the Chapter 13 Trustee on or before February 5, 2016. Should the payment not be received in hand by the Chapter 13 Trustee on or before February 5, 2016 or should the payment not be honored by the bank in any way, this case may be dismissed upon the Chapter 13 Trustee's notification to the Court, without further notice or hearing; and

2. the debtor is to remit a specific payment of $4,000.00 to be received in hand by the Chapter 13 Trustee on or before February 26, 2016. Should the payment not be received in hand by the Chapter 13 Trustee on or before February 26, 2016 or should the payment not be honored by the bank in any way, this case may be dismissed upon the Chapter 13 Trustee's notification to the Court, without further notice or hearing; and

*[continued on following page]*

Consent Order Resolving Chapter 13<br>
Trustee's Motion to Dismiss<br>
JUDITH BOWMAN LEIJA VAZQUEZ<br>
CASE No. 15-03799-5-DMW

3. beginning March 1, 2016 the debtor is to resume the regular monthly payments; and in addition to the regular monthly payments the debtor is to remit cure payments in the amount of $1,349.00 each month to the Chapter 13 Trustee for three (3) consecutive months; and

4. if the Chapter 13 Trustee fails to receive in hand the regular monthly payments along with the cure payments within thirty (30) days of the due date for a period of three (3) months from March 2016 through May 2016, this case may be dismissed upon the Trustee's notification to the Court, without further notice or hearing; and

5. if the Chapter 13 Trustee fails to receive in hand the regular monthly payments within thirty (30) days of the due date for a period of six (6) months from June 2016 through November 2016, this case may be dismissed upon the Trustee's notification to the Court, without further notice or hearing; and

6. subject to the foregoing, the Trustee's Motion to Dismiss is denied.

**IN CONSENT**:

| | |
|---|---|
| /s/ *Travis Sasser* | /s/ *John F. Logan* |
| Travis Sasser, State Bar No. 26707 | John F. Logan, State Bar No. 12473 |
| Attorney for debtor | Chapter 13 Trustee |
| 2000 Regency Parkway, 230 | P.O. Box 61039 |
| Cary, NC 27518 | Raleigh, NC 27661 |
| 919-319-7400 (ph) | 919-876-1355 (ph) |
| tsasser@carybankruptcy.com | mburnett@ralch13.com |

End of Document